## McLENDON *v.* McLENDON.

FISH, C. J. The judge on conflicting evidence did not err in granting the temporary alimony and counsel fees.

    *Judgment affirmed. Beck, J., absent. The other Justices concur.*
                  MARCH 13, 1913.

Temporary alimony. Before Judge Freeman. Carroll superior court. June 12, 1912.

*Griffith & Matthews,* for plaintiff in error.
*Newell & Fielder,* contra.